213 So.2d 43

**Johnny B. JENNINGS**

v.

**STATE of Louisiana.**

No. 49453.

Aug. 22, 1968.

In re: Johnny B. Jennings applying for writ of certiorari.

The application is denied. Having considered the response of the State of Louisiana (herein filed August 16, 1968) to applicant's petition for writ of certiorari and the documents thereto attached, we conclude that the showing made does not warrant the exercise of our supervisory jurisdiction.

BARHAM, J., recused.

■

213 So.2d 43

**James E. WALKER, individually and as administrator of the estate of his minor children, James C. Walker and Alicia Walker, and Mrs. Golda F. Walker**

v.

**William JONES et al.**

No. 49339.

June 26, 1968.

In re State of Louisiana, through the Department of Highways applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 212 So.2d 852.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.